**Order filed October 4, 2019**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-19-00753-CV**
**NO. 14-19-00756-CV**

**IN RE NOE SANTANA, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2004-21815 & 2017-30600**

# ORDER

Relator Noe Santana has filed a petition for writ of habeas corpus. The court is of the tentative opinion that a serious question concerning the relief requested requires further consideration. *See* Tex. R. App. P. 52.8(b). Accordingly, the court orders the Sheriff of Harris County to discharge relator from custody on relator executing and filing with the Sheriff of Harris County a good and sufficient bond conditioned as required by law, in the amount of $500.00. *See* Tex. R. App. P. 52.8(b)(3), *see also* Tex. Gov't Code Ann § 22.221(d).

It is so ORDERED.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.

